PER CURIAM.

(No. 6606)

CHARLES FISHER, Claimant, *vs.* STATE OF ILLINOIS, INDUSTRIAL COMMISSION, Respondent.

*Opinion filed January 9, 1973.*

SUDAK, GRUBMAN, ROSENTHAL & FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.